# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AXEL BARRETO,** | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | CIVIL ACTION NO. 22-CV-1018 |
| | : | |
| **SUPERINTENDENT OBERLANDER,** *et al.,* | : | |
|     Respondents. | : | |

## ORDER

**NOW**, this **15th day** of **August 2024**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), the response to the Petition (ECF No. 19), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (ECF No. 28), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

                                                      **BY THE COURT:**

                                                      /s/ Chad F. Kenney

                                                    **CHAD F. KENNEY, JUDGE**